IN AND FOR THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABAMA

ANGELA DENISE NAILS,

    Plaintiff,

Vs.

RECEIVED
2007 OCT 19  A 10: 03
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:07-CV-940-WKW

JOHN SPANN, etal,

    Defendant(s)

## FEDERAL HARRASSMENT RULES

The plaintiff is claiming that the defendant(s) assaulted the plaintiff and harassed the plaintiff. The Dothan Police Department was contacted and a repost was taken and placed on file with the local police department. In the Months of August and September 2007 all three defendant(s) John Spann, Mary Murphy and Robert Smith had complaints filed on them of harassment. The defendant(s) pushed and pulled and shoved the plaintiff causing injuries to the plaintiff adding medical bills to the harassment. The plaintiff John Spann was talk to on Sept 25, 2006 by a police officer but the harassment continued over the last months until my moving form the apartments. Other defendant(s) did not stop harassment of the complainant. The complainant is suing each defendant for $10,000.00 each and equal share of the medical bills the plaintiff incurred because of the harassment. All three defendants address 342 South Saint Andrews Street Dothan, Al 36302.

_Angela Denise Nails_
ANGELA DENISE NAILS
PROSE ATTORRNEY

Case 1:07-cv-00940-WKW-TFM    Document 1    Filed 10/19/2007    Page 2 of 2