IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 1:07-CV-940-WKW |
| JOHN SPANN, *et al.*, | ) ) ) |
|     Defendants. | ) |

## **ORDER**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 6th day of November, 2007.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE