IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff      Case No 07cv940-WKW

Vs.

JOHN SPAN, et al.,

    Defendant,

MOTION TO DISCONTIUE EACH FORMA PAUPERIS

There are several more complaints left that have been filed with Forma Pauperis. The Plaintiff fillings of Forma Pauperis should be denied. There for dismissing all complaints with Forma Pauperis and denied. The plaintiff complaints should be dismissed and all Forma Pauperis denied. All complaints that are being set for hearing the court should dismiss all complaints with the Middle District that are filled with Forma Pauperis filling. The complaints have already been sent to the United States Appeal Court for filling. The plaintiff hearing Nov 15, 2007 at 10:00 pm. The plaintiff case should be dismiss. And other cases referring to Forma Pauperis that are incorrectly filled out those complaints should be dismissed.

*Angela Denise Nails*
ANGELA DENISE NAILS
PROSE ATTORNEY