IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-940-WKW |
| ) | |
| JOHN SPANN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 14, 2007, Plaintiff filed a Motion to Discontinue Each Forma Pauperis (Doc. #6) in which she requested that this case be dismissed. The court construes her request as a motion for voluntary dismissal. Upon consideration of the motion and for good cause it is ORDERED that the motion (Doc. #6) is GRANTED. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 16th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE